McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. FAYAL,<br><br>    Plaintiff,<br><br>  v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CIV-S-04-0150 GGH<br><br>STIPULATION AND ORDER<br>SETTLING ATTORNEY'S FEES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

    This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs

1

under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA.  Payment of the FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: May 16, 2005  　　　　　  /s/ James O. Keefer
　　　　　　　　　　　　　　　　 JAMES O. KEEFER
　　　　　　　　　　　　　　　　 Attorney at Law

　　　　　　　　　　　　　　　　 Attorney for Plaintiff


DATED: May 17, 2005  　　　　　  McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　 United States Attorney


　　　　　　　　　　　　　　 By: /s/ Bobbie J. Montoya
　　　　　　　　　　　　　　　　 BOBBIE J. MONTOYA
　　　　　　　　　　　　　　　　 Assistant U. S. Attorney

　　　　　　　　　　　　　　　　 Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

ERIC K. H. CHINN
Assistant Regional Counsel

Social Security Administration

---

Re:  MICHAEL A. FAYAL v. JO ANNE B. BARNHART, Civ-s-04-0150 GGH, Stipulation and Order Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

## ORDER

Upon stipulation of the parties, plaintiff in Civ-S-04-0150 GGH, **MICHAEL A. FAYAL v. Jo Anne B. Barnhart**, is hereby awarded attorney fees in the amount of $4,000.00, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

DATED: 5/24/05

/s/ Gregory G. Hollows

**GREGORY G. HOLLOWS**
**UNITED STATES MAGISTRATE JUDGE**

fayal150.ord05